# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leslie Roeper, | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **IN A CIVIL CASE** |
| Plaintiff, | ) | |
| | ) | CV-11-2526-PHX-JAT |
| v. | ) | |
| | ) | |
| Aetna Life Insurance Co., et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated July 30, 2012, judgment is entered and the complaint and this action are dismissed with prejudice.

                                                  BRIAN D. KARTH
                                                  District Court Executive/Clerk

September 17, 2012

                                                  s/ Linda S Patton
                                                  By: Deputy Clerk

cc: (all counsel)